Cochrane & George, for appellants; Kenart M. Rahn, of counsel; Clarence R. Serb, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 2, 1953; rehearing denied February 20, 1953; released for publication February 20, 1953.

Marshall Bennett and Louis S. Kahnweiler, Copartners Trading as Bennett and Kahnweiler, Appellees, v. Arnold A. Schwartz, Appellant.

Gen. No. 45,926.

Collen, Kessler & Kadison, for appellant; Mark A. Greenhouse, of counsel; Sidney J. Wolf, and Arthur Wolf, for appellees; Sidney J. Wolf, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 2, 1953; released for publication February 20, 1953.